**Order entered June 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01115-CV

## IN RE SONIA DIAZ AND QBE AMERICAS, INC., Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-14300**

### ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus as moot.

/Lana Myers//
LANA MYERS
JUSTICE